IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUIA BROWN and<br>JARVIS SMITH,<br><br>Defendants. | CASE No. 4:22-cr-17<br><br>VIOLATIONS:<br><br>18 U.S.C. § 2<br>18 U.S.C. § 111(a)(1) & (b)<br>18 U.S.C. § 924(c)(1)(A)<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 924(d)(1)<br>28 U.S.C. § 2461(c) |

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE
## (FORCIBLE ASSAULT ON A FEDERAL OFFICER WITH A DEADLY WEAPON)

On or about July 28, 2022, in the Columbus Division of the Middle District of Georgia, the Defendants,

**JOSHUIA BROWN and JARVIS SMITH,**

did forcibly assault, oppose, impede, intimidate, and interfere with S.A., whose identity is known to the Grand Jury, a Special Agent with the Federal Bureau of Investigation, while she was engaged in her official duties, and did use a deadly and dangerous weapon, that is, a firearm, during such acts; all in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

**COUNT TWO**
**(DISCHARGING A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE)**

On or about July 28, 2022, in the Columbus Division of the Middle District of Georgia, the Defendants,

**JOSHUIA BROWN and JARVIS SMITH,**

aided and abetted by each other, did knowingly discharge, carry, and use a firearm, to wit: one (1) Glock, Model: 19X, Serial Number: BTEA670; one (1) Glock pistol, Serial Number: BHCT619; and, one (1) Smith & Wesson, Model: Bodyguard, .380 semi-automatic pistol, Serial Number: KHZ0463, during and in relation to a crime of violence for which the Defendants may be prosecuted in a court of the United States, that is, the offense of Forcible Assault on a Federal Officer with a Deadly Weapon as set forth in Count One of the Indictment; all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

**COUNT THREE**
**(POSSESSION OF A FIREARM BY A CONVICTED FELON)**

On or about July 28, 2022, in the Columbus Division of the Middle District of Georgia, the Defendant,

**JARVIS SMITH,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess a firearm, that is, one (1) Glock pistol, Serial Number: BHCT619; and one (1) Smith & Wesson, Model: Bodyguard, .380 semi-

automatic pistol, Serial Number: KHZ0463, said firearms having been shipped and transported in interstate and foreign commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE NOTICE

(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) - Criminal Forfeiture)

1. The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

2. Upon conviction of an offense in violation of Title 18, United States Code, Sections 111(a)(1) and (b) set forth in Count One; Title 18, United States Code, Section 924(c)(1)(A)(iii) set forth in Count Two; and/or Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) as set forth in Count Three of this Indictment, the Defendants,

**JOSHUIA BROWN and JARVIS SMITH,**

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense.

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon exercise of due diligence;

(b) has been transferred, sold to or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), through Title 18, United States Code, Section 924(d)(1).

All pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PETER D. LEARY
UNITED STATES ATTORNEY

Presented by:
C. Chanelle Booker (with express permission for)
CHRISTOPHER WILLIAMS
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 9 day of August, 2022.

C. Auston
Deputy Clerk