IIN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUIA BROWN and<br>JARVIS SMITH | Case No.: 4:22-CR-00017-CDL-MSH |

**ORDER**

Defendants were indicted on August 9, 2022, ECF No. 1. Mr. Brown was arraigned on August 11, 2022 (ECF No. 19) and Mr. Smith was arraigned on August 17, 2022 (ECF No. 31). A pretrial conference is currently scheduled for September 7, 2022. Defendants request a continuance and the government does not oppose. Specifically, Defendants need additional time to receive and review discovery, consider possible defenses with counsel, and to discuss a possible resolution with the Government. IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court set for January 2023, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendants in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendants and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this **2nd** day of **September, 2022**.

S/Clay D. Land
Clay D. Land, U.S. District Judge