IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIM. NO. 4:22-CR-17-CDL- MSH |
| v. : | |
| : | |
| JOSHUIA BROWN : | |
| and : | |
| JARVIS SMITH, : | |
|     Defendants : | |
| : | |
| : | |

### ORDER ON GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE

Defendants were indicted on August 9, 2022, ECF. No. 1, and arraigned on August 11 and 17, 2022, ECF No.19, 31. The case is currently scheduled for the March 2023 trial term. The Government requests a continuance, and the defense does not oppose. Specifically, both parties will need additional time to effectively prepare, produce and review additional discovery, and conduct additional investigation once a superseding indictment alleging substantive new charges is returned.

IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court set for September 2023 term, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendants in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation

especially in light of substantive new charges forthcoming in a superseding indictment. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this **25th** day of **January, 2023**.

                                          S/Clay D. Land
                                          Clay D. Land, U.S. District Judge